UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
LAURINDA FERNANDES,                    )
                                                  )
              Plaintiff,            )
                                                  )
v.                                                 )    Civil Action No. 18-11252
                                                  )
ZWI HOCH, M.D., and GOOD SAMARITAN   )
MEDICAL CENTER/STEWARD HEALTH CARE,  )
                                                  )
            Defendants.        )
_____ )

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1442 and 1446, Defendant Zwi Hoch, M.D. ("Dr. Hoch"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby removes to this Court the above-entitled action based on the following:

## BACKGROUND

1. On or about December 19, 2017, Plaintiff Laurinda Fernandes ("Plaintiff") filed a Complaint in the Superior Court Department of the Plymouth County Trial Court, Commonwealth of Massachusetts, entitled <u>Laurinda Fernandes, v. Zwi Hoch, M.D. et al</u>, Civil Action No. 1783CV01305 (the "State Court Action"), against Dr. Zwi Hoch and the Good Samaritan Medical Center/Steward Health Care.

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint and summons in the State Court Action are attached as Exhibit A. The complaint has been redacted in accordance with Federal Rule of Civil Procedure 5.2.

3. In the State Court Action, Plaintiff alleges, among other things, that Dr. Hoch was negligent in his provision of medical care to Plaintiff on or about December 19, 2014.

4. Dr. Hoch was at all relevant times employed by the Brockton Neighborhood Health Center ("Health Center") and acting within the scope of such employment when he treated Plaintiff, who was a Health Center patient.

5. The Health Center is a program grantee under 42 U.S.C. § 254B and a public health service ("PSH") employee under the Federally Supported Health Centers Assistance Act (the "FSHCAA"), 42 U.S.C. §§ 233(G)-(N).

6. By operation of the FSHCAA, Dr. Hoch is covered under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.

7. Under 42 U.S.C. § 201 *et seq.*, as amended by the FSHCAA, the remedy against the United States provided by the FTCA is the exclusive remedy for medical malpractice claims brought against Health Center employees for conduct committed while acting within the scope of their employment.

## TIMELINESS OF REMOVAL

8. Upon information and belief, the Complaint has never been served upon the United States pursuant to Federal Rule of Civil Procedure 4(i).

9. This Notice of Removal is thus timely because it is filed within 30 days of "service or otherwise" pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION

10. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1442(a)(1), which provides that the United States or any of its agencies or officers may remove to federal court a civil action filed against it in a state court.

## **VENUE**

11. Venue lies in this Court pursuant to 28 U.S.C. §§ 1442 and 1446(a).

12. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of the Plymouth County Trial Court Department, Commonwealth of Massachusetts. A copy of the notice filed with the State Court will be sent to counsel for the Plaintiff and counsel for the non-federal defendant, Good Samaritan Medical Center/Steward Health Care.

13. Pursuant to Local Rule 81.1(a), the United States will request from the Clerk of the Plymouth County Trial Court certified copies of all records and proceedings in the State Court Action and certified copies of all docket entries, including a copy of this Notice of Removal, and will file the same with this Court within twenty-eight (28) days after filing of this Notice of Removal.

WHEREFORE, Dr. Hoch hereby removes the above-captioned action currently pending in the Plymouth County Trial Court to this Honorable Court.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Jessica P. Driscoll*
Jessica P. Driscoll, BBO No. 655394
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398
Jessica.Driscoll@usdoj.gov

Dated: June 15, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document was served by first class mail upon:

                Joseph L. Doherty, Jr. Esq.
                Jacqueline B. Doherty, Esq.
                The Doherty Law Firm
                Attorneys for the Plaintiff
                330 Trade Center, Suite 2700
                Woburn, MA 01801

                Rebecca Dalpe, Esq.
                Emily A. Chadbourne, Esq.
                Attorneys for Defendants Good Samaritan Medical Center/Steward Health Care
                Forster & Eldridge, LLP
                One Canal Park Suite, 2100
                Cambridge, MA 02141

                */s/ Jessica P. Driscoll*
                Jessica P. Driscoll
Dated: June 15, 2018              Assistant United States Attorney